**Order entered November 10, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00298-CR

**MONTRANCE TYRONE ROBERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-51843-N**

## ORDER

Before the Court is appellant's November 9, 2016 motion to extend time for filing his brief. In the motion, appellant states he needs more time because, in addition to his workload on other appeals, he did not receive the reporter's record (originally due July 7, 2016) until November 7, 2016. We **GRANT** appellant's motion and **ORDER** the brief filed no later than December 30, 2016.

/s/     ADA BROWN
          JUSTICE